NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Hon. Dennis M. Cavanaugh |
| | : | |
| | : | **ORDER** |
| | : | |
| v. | : | Criminal Action No. 12-524(DMC) |
| | : | |
| **KAMAU MUNTASIR,** | : | |
| | : | |
| Defendant. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.

Before the Court in this criminal matter is Defendant Kumau Muntasir's ("Defendant") motion seeking: (1) dismissal of the indictment, or in the alternative conducting an evidentiary hearing into an alleged violation of Defendant's due process rights; (2) a bill of particulars, (3) immediate production of FED. R. CRIM P. 16 material; (4) immediate production of Brady material; (5) immediate production of items subject to disclosure under Agurs and Giglio; (6) production, before trial, of all items subject to disclosure under the Jencks Act; (7) preservation of rough and/or handwritten notes and drafts of interviews and agents' or police reports for production at some later date if facts and circumstances warrant; and (8) requiring the United States to provide notice before trial of evidence it intends to offer under FED. R. EVID. 404 (b). (Def.'s Motion to Dismiss, September 21, 2012, ECF No. 13). As of the October 15, 2012 hearing on pre-trial motions, Defendant has withdrawn his motion for a bill of particulars and

come to an agreement with the United States on each remaining motion regarding production and delivery of discovery materials.

    IT IS on this  15th  day of October, 2012;

    **ORDERED** that Defendant's Motions to Dismiss the Indictment is **denied**.


     S/ Dennis M. Cavanaugh
    Dennis M. Cavanaugh, U.S.D.J.


| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | File |